# Richmond

## Floyd W. Watkins v. Commonwealth of Virginia.

March 6, 1972.

Record No. 7777.

Present, Snead, C.J., Carrico, Gordon, Harrison, Cochran and Harman, JJ.

*P. Donald Moses* (*Timberlake, Smith, Thomas & Moses*, on brief), for plaintiff in error.

*William P. Robinson, Jr., Assistant Attorney General* (*Andrew P. Miller, Attorney General*, on brief), for defendant in error.

Per Curiam.

Floyd W. Watkins was convicted by the trial court, sitting without a jury, of the offense of grand larceny. He was sentenced to serve two years in the penitentiary.

The sole question on appeal is whether the evidence was sufficient to sustain the conviction. Upon a review of the record, we are satisfied that the evidence was sufficient. Accordingly, we affirm the conviction.

*Affirmed.*